FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-22-00432-CR

Rolando **MENDOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9296
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

The reporter's record was originally due September 5, 2022, but was not filed. On September 9, 2022, court reporters Stephanie Barajas Guthrie and Heather Maloy Collins filed notifications of late record, stating that the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the court reporter's fee for preparing the record and appellant was not entitled to appeal without paying the fee. We therefore **ORDER** appellant to provide written proof to this court that either: (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee **by September 26, 2022.** If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court